**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

RYAN BAGWELL,

                Petitioner

         v.

PENNSYLVANIA DEPARTMENT OF
EDUCATION,

                Respondent

 THE PENNSYLVANIA STATE
UNIVERSITY,

                Intervenor

: No. 68 MAL 2015
:
:
:
: Petition for Allowance of Appeal from the
: Order of the Commonwealth Court
:
:
:
:
:
:
:
:
:
:
:
:
:

## ORDER

**PER CURIAM**

     **AND NOW**, this 8th day of July, 2015, the Petition for Allowance of Appeal is **DENIED**.